# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

MARCELLO GARCIA,

Plaintiff,

Case Number: CV09-05369 SI

**CERTIFICATE OF SERVICE**

v.

GARY SANDOR, WARDEN et al,

Defendant.

_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Marcello Garcia F-50184
Ironwood State Prison
19005 Wiley's Road
Blythe, CA 9225

Dated: February 11, 2010

Richard W. Wieking, Clerk
By: Tracy Forakis, Deputy Clerk