UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GARCIA,<br><br>      Petitioner,<br><br>  v.<br><br>GARY SANDOR, warden,<br><br>      Respondent.<br>_____ / | No. C 09-5369 SI (pr)<br><br>**ORDER EXTENDING DEADLINES** |

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Sara Turner, the court GRANTS respondent's request. (Docket # 3.) Respondent must file and serve his response to the petition no later than **May 28, 2010**. Petitioner must file and serve his traverse no later than **July 2, 2010.**

IT IS SO ORDERED.

DATED: May 3, 2010

                                          SUSAN ILLSTON
                                  United States District Judge