**United States District Court**
For the Northern District of California

1

2

3

4

5                                   UNITED STATES DISTRICT COURT

6                                 NORTHERN DISTRICT OF CALIFORNIA

7

8    MARCELLO GARCIA,                                No. C 09-5369 SI (pr)

9                 Petitioner,                        **ORDER DISMISSING**
                                                     **UNEXHAUSTED CLAIM AND**
10          v.                                       **SETTING BRIEFING SCHEDULE**

11   GARY SANDOR, warden,

12                Respondent.
                                              /
13

14          Marcello Garcia filed this pro se action for a writ of habeas corpus pursuant to 28 U.S.C.

15   § 2254.  The court ordered respondent to show cause why the petition should not be granted on

16   the five claims alleged.  Respondent moved to dismiss on the ground that state court remedies

17   had not been exhausted for one of the claims.  The court granted the motion, finding that state

18   court remedies were not exhausted for one of the claims and ordering petitioner to choose how

19   to deal with this problem.  See Order For Petitioner To Make Election Regarding Unexhausted

20   Claim, p. 5. Petitioner thereafter filed a "request to dismiss unexhausted claim and amend to add

21   claim" in which he elected to dismiss his unexhausted claim 2 – i.e., that the jury was

22   misinstructed on the fear element of forcible sodomy – and wanted to amend to add a claim that

23   there was insufficient evidence to support the "findings that the offenses were committed by

24   force or duress," Docket # 7, p. 1.  Although he provided no argument in support of his newly

25   added claim, he states that the claim was presented in his petition for review in the California

26   Supreme Court.

27          Upon due consideration, petitioner's request to dismiss unexhausted claim and amend to

28   add claim is GRANTED.  (Docket # 7.)  Petitioner's claim 2 – i.e., that the jury was

misinstructed on the fear element of forcible sodomy – is dismissed.   The remaining claims in the petition, as well as the newly added claim of insufficient evidence, warrant a response from respondent.  The court now sets the following briefing schedule:

1.       Respondent must file and serve, on or before **November 4, 2011**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued.  Respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

2.       If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **December 9, 2011**.

3.       If respondent wishes to assert a procedural challenge to the amendment that adds the insufficient evidence claim, he may file and serve a motion on or before **November 4, 2011**. If respondent files such a motion, petitioner must file and serve his opposition to the motion on or before **December 9, 2011**.  Respondent must file and serve any reply brief on or before **December 23, 2011**.

IT IS SO ORDERED.

DATED: October 3, 2011

SUSAN ILLSTON
United States District Judge

2