United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLO GARCIA,

    Petitioner,

v.

GARY SANDOR, warden,

    Respondent.
_____ /

No. C 09-5369 SI (pr)

**ORDER EXTENDING DEADLINES**

Respondent has filed an <u>ex parte</u> request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Sara Turner, the court GRANTS respondent's request. (Docket # 9.) Respondent must file and serve his response to the petition no later than **December 23, 2011**. Petitioner must file and serve his traverse no later than **January 27, 2012.**

    IT IS SO ORDERED.

DATED: November 9, 2011

                                                   SUSAN ILLSTON
                                        United States District Judge