UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GARCIA, | No. C 09-5369 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| GARY SANDOR, warden, | |
| Respondent. | |

Respondent has filed a second ex parte request for an extension of time to respond to the petition for writ of habeas corpus. Having considered the request and the accompanying declaration of attorney Sara Turner, the court GRANTS respondent's request. (Docket # 11.) Respondent's answer filed on January 6, 2012 is deemed timely. Petitioner must file and serve his traverse no later than **February 17, 2012.**

IT IS SO ORDERED.

DATED: January 10, 2012

SUSAN ILLSTON
United States District Judge