**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLO GARCIA, | No. C 09-5369 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| GARY SANDOR, warden, | |
| Respondent. | |

Petitioner's request that the court consider his state court appellate briefs in lieu of a traverse is GRANTED. (Docket # 14.) The matter remains under submission and will be decided in due course.

IT IS SO ORDERED.

DATED: February 28, 2012

SUSAN ILLSTON
United States District Judge