**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARCELLO GARCIA, No. C 09-5369 SI (PR)

    Petitioner, **JUDGMENT**

  v.

GARY SANDOR,

    Respondent.
                                   /

The petition for writ of habeas corpus has been denied. Judgment is hereby entered in favor of respondent.

**IT IS SO ORDERED**.

DATED: June 13, 2012

                                                    SUSAN ILLSTON
                                          United States District Judge